NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1357

OPTI-FLOW, L.L.C.
VERSUS
PRODUCTION SERVICES INTERNATIONAL, LTD.

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20022283,
HONORABLE DURWOOD W. CONQUE, DISTRICT JUDGE

************

J. DAVID PAINTER
JUDGE

************

Court composed of Jimmie C. Peters, Billy, H. Ezell, and J. David Painter, Judges.

MOTION TO DISMISS APPEAL DENIED.

Joseph Patrick Hebert
LISKOW & LEWIS
822 Harding St.
Lafayette, LA 70503
(337) 232-7424
COUNSEL FOR INTERVENOR/APPELLEE
    Western National Bank

Michael David Skinner
Attorney at Law
Post Office Box 3507
Lafayette, LA 70502
(337) 237-2660
COUNSEL FOR DEFENDANT/APPELLANT
    Production Services International, Ltd.

**Michael Dean Hebert**
**Milling, Benson, Woodward**
**Post Office Box 51327**
**Lafayette, LA 70505-1327**
**(337) 232-3929**
**COUNSEL FOR DEFENDANT/APPELLANT**
       **Production Services International, Ltd.**

**Camille Bienvenu Poche**
**Attorney at Law**
**Post Office Drawer 3408**
**Lafayette, LA 70502-3408**
**(337) 262-9000**
**COUNSEL FOR PLAINTIFF/APPELLEE**
        **Opti-Flow, LLC**

**Renee Z. Berard**
**Liskow & Lewis**
**Post Office Box 52008**
**Lafayette, LA 70505-2008**
**(337) 232-7424**
**COUNSEL FOR INTERVENOR/APPELLEE**
        **Western National Bank**